IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05 - CV - 02138-OES

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JEFFREY A. ROSENBERG,

    Plaintiff,

v.

GOVERNOR ARNOLD SCHWARZENEGGER,
LT. GOVERNOR CRUZ BUSTAMANTE,
COUNTIES OF SACRAMENTO,
PLACER,
YOLO,
SAN MATEO,
SANTA CLARA,
MONTEREY,
SANTA BARBARA,
SAN DIEGO,
ORANGE,
VENTURA,
ALAMEDA,
SAN LOUIS OBISPO,
LOS ANGELES,
MENDOCINO,
SAN FRANCISCO,
CITIES OF OCEANSIDE,
SAN DIEGO,
BURBANK,
REDWOOD CITY,
SAN MATEO,
SUNNYVALE,
SAN JOSE,
OAKLAND,
WOODLAND,
WEST SACREMENTO,
SACRAMENTO,
ROSEVILLE,
AUBURN,
UKIAH,

OXNARD,
VENTURA,
SANTA BARBARA,
SAN LOUIS OBISPO,
SALINAS,
SEASIDE,
BURLINGAME,
SAN BRUNO,
COLMA,
EMERYVILLE,
SIMI VALLEY,
YORBA LINDA,
FULLERTON,
BUENA PARK,
SAN CLEMENTE,
VAN NUYS,
HOLLYWOOD, AND OTHER UNKNOWN PARTIES, SUBDIVISIONS AND BIVENS CLAIM,
SOCIAL SECURITY,
ADMINISTRATION COMMISSIONER,
INSPECTOR GENERAL,
AUDITOR GENERAL,
PUBLIC AFFAIRS,
WEBSITE
GENERAL COUNSEL,
REPRESENTATIVE PAYEES AND FIELD OFFICER,
DETERMINATION AND REHABILITATION,
AND OTHER UNKNOWN PARTIES, SUBDIVISIONS, AND BIVENS CLAIMS, and
UNKNOWN AGENTS AND UNRELATED PARTIES ASSISTING THE ABOVE,

     Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, an Attachment in Support to Initial Complaint with Praecipe, and a Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) _X_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) _X_ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 25 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **05 - CV - 02138 -OES**

Jeffrey Rosenberg
Garden Court Apt/
1150 Syracuse Street
Denver, CO 80220

I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint** to the above-named individuals on 10/25/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk